IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | Civ. No. 22-00082 HG-RT |
| | ) | |
| A NOTICE TO THE FEDERAL | ) | |
| DISTRICT COURT OF LOUISIANA, | ) | |
| | ) | |
| Saiyid Hassan Ali, | ) | |
| | ) | |
| Petitioner. | ) | |
| | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE (ECF No. 31)

On April 5, 2022, the Magistrate Judge issued his Findings and Recommendation to dismiss the case without prejudice. The Findings and Recommendation were filed and served on the Petitioner. (ECF No. 31).

On April 7, 2022, Petitioner filed a response that the Court construes as Petitioner's Objections to the Findings and Recommendation. (ECF No. 32).

Petitioner filed additional materials on April 8 and April 16, 2022. (ECF Nos. 33-35).

The Court has reviewed Petitioner's Objections and additional filings. The Objections and other filings are unintelligible and do not provide a valid reason to alter the Magistrate Judge's Findings and Recommendation.

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the Opinion and Order of this Court.

IT IS SO ORDERED.

DATED: April 20, 2022, Honolulu, Hawaii.

/s/ Helen Gillmor
Helen Gillmor
United States District Judge

In Re: A Notice to the Federal District Court of Louisiana, Civ. No. 22-00082 HG-RT, **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE (ECF No. 31)**